UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ivory Javaughntae Harris                     Docket No. 5:11-CR-217-5D

## Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ivory Javaughntae Harris, who, upon an earlier plea of guilty to Conspiracy to Interfere With Interstate Commerce by Robbery, in violation of 18 U.S.C. § 1951, and Using and Carrying a Firearm During and in Relation to a Crime of Violence and Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on August 27, 2012, to the custody of the Bureau of Prisons for a term of 90 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Ivory Javaughntae Harris was released from custody on December 8, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 27, 2018, during a home visit, the defendant acknowledged he used marijuana earlier that same day. Previous drug screens were negative. Harris was verbally reprimanded for the drug use and agreed to report for a substance abuse evaluation and follow up as directed with any recommended treatment. As a result, it is respectively recommended to modify his conditions to include a substance abuse evaluation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2342<br>Executed On: June 11, 2018 |

Ivory Javaughntae Harris
Docket No. 5:11-CR-217-5D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __14__ day of __June__, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge